■ ANTHONY L. JORDAN HEALTH CORPORATION, Doing Business as ANTHONY L. JORDAN HEALTH CENTER, Respondent-Appellant, v DAVID AXELROD, as Commissioner of Department

of Health of State of New York, et al., Appellants-Respondents.—Judgment unanimously affirmed, without costs, for the reasons stated in decision at Supreme Court, Conway, J. (Appeals from judgment of Supreme Court, Monroe County, Conway, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.